# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JENNIFER TORRES,

          Plaintiff,

v.

TRANSWORLD SYSTEMS INC.,

          Defendant.

Case No. 18-CV-1009-JPS

**ORDER**

      On July 2, 2018, Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act and Wisconsin state law. (Docket #1). On November 15, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jennifer Torres and Defendant Transworld Systems Inc. entered into a stipulation to dismiss with prejudice all claims in this action, each party to bear its own costs. (Docket #14).

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

      Dated at Milwaukee, Wisconsin, this 19th day of November, 2018.

                                          BY THE COURT:

                                          _____
                                          J. P. Stadtmueller
                                          U.S. District Judge